```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

SYLO SUPPLY, INC. and SURREAL BRANDS
LLC,
                                           MEMORANDUM & ORDER
                  Plaintiffs,              20-CV-5633(EK)(MMH)

          -against-

JUZIHAO RESOURCE MANAGEMENT CO. LTD.
a.k.a. BRAVE FINDER, a.k.a. AMAZON
STOREFRONT CAPKIT DIRECT, TENGXIN
PLASTIC PRODUCT FACTORY CO. LTD., and
YIN QIONG,

                  Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Henry's Report and Recommendation (R&R) dated September 28, 2023.  ECF No. 22. Judge Henry recommends that I grant in part the Plaintiffs' motion for default judgment.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Henry's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, I grant Plaintiffs' motion for default judgment in part.  The Clerk of Court is respectfully directed to enter

(1) default judgment against Defendants Juzihao Resource Management Co. Ltd. and Tengxin Plastic Product Factory Co. Ltd. for copyright infringement, trademark infringement, unfair competition, and false designation of origin as alleged in Counts I, II, III, IV, and V; (2) a permanent injunction enjoining Defendants from continuing to infringe on the Sylo Mark; and (3) an award to Plaintiffs of (a) statutory damages in the total amount of $125,000 and (b) post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

    SO ORDERED.

                                       /s/ Eric Komitee
                                       ERIC KOMITEE
                                       United States District Judge

Dated:    October 17, 2023
           Brooklyn, New York